

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable E. E. Wright
Superintendent
Texas School for the Deaf
Austin, Texas

Dear Sir:

Opinion No. O-4476
Re: Authority of Superintendent
of Texas School for the Deaf
to pay the Vocational Princi-
pal of the school for twelve
months' service when only
nine months' service is ren-
dered.

You request the opinion of this department upon
the following question:

"In the appropriation bill of the 47th Leg-
islature, Page 971, Item 24, the bill sets up
Principal, Vocational School, with house, water,
lights and fuel, 12 months. Should the Superin-
tendnet of the Texas School for the Deaf and the
State Board of Control declare that from Septem-
ber 1st to June 1st the Vocational Principal has
fulfilled his duties as provided in such bill,
is it possible to release him as far as summer
work is concerned and continue to pay him $125.00
per month through the summer months even though
he was not actually present on the campus and
had not rendered any service to the school di-
rectly or indirectly during these summer months?"

Your question is answered in the negative. To ex -
cuse the Vocational Principal from the performance of his
duties during the summer three months period, and at the
same time to pay him for the full twelve months of service
for which the appropriation is provided, would be to allow
such principal a vacation of three months, in direct viola-
tion of the following provisions of the general provisions

Honorable E. R. Wright, Page 2

appended to and controlling the expenditure of moneys provided by Senate Bill 402, Acts Regular Session, 47th Legislature, which Act provides appropriations for the support and maintenance of the various eleemosynary institutions of this State, including the Texas School for the Deaf, for the current biennium:

> "Vacation allowance. Vacation of not exceeding twelve (12) working days may be allowed all of the twelve-month officers and employees provided for in the Act."

The expression of the authority to allow twelve-month officers and employees a vacation of "not exceeding twelve (12) working days" clearly implies the denial of the authority to allow vacation periods of longer than twelve working days.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED MAR 12, 1942

FIRST ASSISTANT
ATTORNEY GENERAL

By

R. W. Fairchild
Assistant

RWF:LM

